IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01343-WYD-MEH

R&D Film 1, LLC, a California Limited Liability Company,

    Plaintiff,

v.

DOES 1-25,

    Defendants.

## ORDER

In accordance with the Notices of Dismissal filed on August 7 and 9, 2013 (ECF Nos. 13 and 14), it is

ORDERED that Defendant Doe Nos. 2, 5, and 23 are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and shall hereafter be taken off the caption.

Dated:  August 9, 2013

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Senior United States District Judge