IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01343-WYD-MEH

R&D Film 1, LLC, a California Limited Liability Company,

    Plaintiff,

v.

DOES 1, 3-4, 6-22, 24-25,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal of Case filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on September 20, 2013 (ECF No. 18), it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** against the remaining Defendants.

Dated:  September 23, 2013

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge